IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VERNA L. CLARK                                                                                              PLAINTIFF

v.                                          3:15CV00229-JLH-JJV

POINSETT COUNTY JAIL                                                                            DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff, Verna L. Clark, filed a *pro se* Complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983, in conjunction with an Application to Proceed Without Prepayment of Fees and Affidavit ("Application") (Doc. No. 1) on August 11, 2015.  On August 12, 2015, I determined that her Application was incomplete and could not be granted. (Doc. No. 3.) I directed her to submit a completed application within thirty days and warned that failure to do so would result in a recommendation of dismissal.  (*Id*. at 2.)  That deadline has now passed and Plaintiff has not complied with my order. [1]

IT IS, THEREFORE, RECOMMENDED THAT Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice pursuant to Local Rule 5.5 (c)(2). [2]

---

[1] Several filings, including my Order were returned as undeliverable to Plaintiff. (Doc. Nos. 4, 5.) It is Plaintiff's responsibility to keep the Court apprised of her most current address, however.

[2] Local Rule of the Court 5.5(c)(2), states:

>It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

DATED this 28th day of September, 2015.

                                      _____
                                      JOE J. VOLPE
                                      UNITED STATES MAGISTRATE JUDGE

---

Loc. R. 5.5(c)(2). Plaintiff was previously apprised of this rule. (Doc. No. 3 at 2.)