IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VERNA L. CLARK                                                                                    PLAINTIFF

v.                              No. 3:15CV00229-JLH-JJV

POINSETT COUNTY JAIL                                                                     DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that plaintiff's complaint (Doc. No. 2) is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).

SO ORDERED this 20th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE