**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

VERNA L. CLARK                                                    PLAINTIFF

v.                              No. 3:15CV00229-JLH-JJV

POINSETT COUNTY JAIL                                             DEFENDANT

## JUDGMENT

     Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.

     SO ORDERED this 20th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE